# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

**DAVID A. STEBBINS**                                      **PLAINTIFF**

**VS.**                            **CASE NO. 14-5211**

**HAZEL KEAHEA**                                       **DEFENDANT**

## MOTION FOR EXTENSION OF TIME TO FILE BRIEFING

Comes now, *pro se* Appellant David Stebbins, who hereby submits the following Motion for a two-week extension of time to file this Briefing.

1. I have an exhibit – a transcript of a Motions hearing – that I need to scan to my computer, so I can upload it as an exhibit to my briefing.

2. Unfortunately, my printer/scanner is currently broken, and I cannot scan anything. It will take some time to get it fixed, and my local library has printing and copying services, but no scanning.

3. A two week extension should be enough time for me to get my ducks in a row. Thus, I ask that the deadline for my Brief be extended, up to and including November 5, 2014.

4. So requested on this, the 22nd Day of October, 2014.

                                                                  */s/ David Stebbins*
David Stebbins
123 W. Ridge St., APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com