# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-5211**                                                    **September Term, 2014**

1:14-cv-00900-UNA

**Filed On: October 22, 2014** [1518526]

David Stebbins,

    Appellant

  v.

Hazel Keahea,

    Appellee

### O R D E R

Upon consideration of appellant's motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | November 5, 2014 |
| Appendix | November 5, 2014 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Mark A. Butler
Deputy Clerk