**David D. Stebbins**
**8527 Hopewell Road**
**Harrison, AR 72601**

April 13th, 2011

David A. Stebbins
1407 N. Spring Road, Apt. #5
Harrison, AR 72601

RE:    David A. Stebbins vs. David D. Stebbins
       Boone County Circuit Court, Civil-General Division No. CV 2011-65-4

Dear David A. Stebbins:

Enclosed you will find a file marked copy of the Answer to Request for Production, a file marked copy of the Answer to Requests for Admissions, a file marked copy of the Answer to Requests for Admissions #2, a file marked copy of the Answer to Request to Permit Inspection and a file marked copy of the Answer to Requests for Admissions #3.   Also, please consider this letter to be pursuant to Rule 26(c) of the Arkansas Rules of Civil Procedure as a good faith attempt to confer with the *pro se* Plaintiff in an effort to resolve a dispute without Court action. Your lawsuit is frivolous and you have lost in one Court and it will be thrown out of this Court on the appeal.   You are sending massive amounts of discovery requests which are only an annoyance, embarrassment, oppression and an undue burden and expense on the *pro se* Defendant.   You are either to stop and cease and desist carrying out this barrage of your weak attempt to create legal documents and your weak attempt to create a legal cause of action against the Defendant.   If not, I will file a Motion for Protective Order and ask the Court to deny you total discovery and that you be prohibited from access to the Courts because of your harassing conduct and that you be ordered to pay all costs and expenses incurred by me.   You are now hereby on notice.  Thank you.

Respectfully,

David D. Stebbins

Enclosure