**COVER SHEET**

**STATE OF ARKANSAS**

**CRIMINAL INFORMATION**

This criminal information cover sheet or the standard criminal information form is required by Supreme Court Administrative Order Number 8 to be completed for every defendant and filed by the prosecutor. The data contained herein shall not be admissible as evidence in any court proceeding or replace or supplement the filing and service of pleadings, orders, or other papers as required by law or Supreme Court rule. Instructions are located on the back of the form.

| | | |
|---|---|---|
| County **BOONE** | District **14TH** | Case Number |
| Judge | Division | Filing Date |
| Style of Case **STATE OF ARKANSAS VS. DAVID ANTHONY STEBBINS** | | |
| Prosecutor Providing Information **RON KINCADE** | | |

| | | | |
|---|---|---|---|
| Is this an Amended Information? | ☐ Yes | Is D being charged as a Habitual? | ☐ Yes |
| If yes, are you | | Are multiple D's charged in the information? | ☐ Yes |
| Adding Offense(s)? | ☐ Yes | Is victim under the age of 14? | ☐ Yes |
| Dropping Offense(s)? | ☐ Yes | | |
| Changing Offense(s)? | ☐ Yes | | |

| Defendant's Full Name | Date of Birth | Race | Sex | SID # | Arrest Date |
|---|---|---|---|---|---|
| DAVID ANTHONY STEBBINS | 12-29-1988 | W | M | | 11-24-2011 |

| Address (Street, City, State, Zip) | SS# | Driver's License No. |
|---|---|---|
| 8527 HOPEWELL RD. HARRISON, AR 72601 | | |
| | Arrest Tracking # | Prosecutor's File # |

| Alias 1 | Alias 2 | Alias 3 |
|---|---|---|
| | | |

The attached information accuses the above named defendant of the following crime(s):

| Code # | Offense | A/S/C | Offense Date | Counts | F/M | Class |
|---|---|---|---|---|---|---|
| 5-26-304 | DOMESTIC BATTERY IN THE SECOND DEGREE | | 11-24-2011 | 1 | F | C |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Circuit Clerk/Deputy Clerk

Prosecuting Attorney/Deputy Prosecuting Attorney

AOC 2/07

*PAGE* **1**

# INFORMATION

## IN THE CIRCUIT COURT OF BOONE COUNTY, ARKANSAS

THE STATE OF ARKANSAS

VS.

DAVID ANTHONY STEBBINS

12-29-1988

*READ ONLY*

DOMESTIC BATTERY IN THE SECOND DEGREE, 5-26-304, CLASS C FELONY.

I, RON KINCADE, PROSECUTING ATTORNEY WITHIN AND FOR THE FOURTEENTH JUDICIAL CIRCUIT OF THE STATE OF ARKANSAS, of which BOONE County is a part, in the name and by the authority of the State of Arkansas, on oath, accuse the defendant DAVID ANTHONY STEBBINS of the crime(s) of: DOMESTIC BATTERY IN THE SECOND DEGREE, 5-26-304, CLASS C FELONY; committed as follows, to-wit:

<u>DOMESTIC BATTERY IN THE SECOND DEGREE</u>:

The said defendant, on or about the 24TH day of NOVEMBER, 2011, in BOONE County, Arkansas, did unlawfully, feloniously, and with the purpose of causing physical injury to a family or household member, cause physical injury to a family or household member by means of a deadly weapon, against the peace and dignity of the State of Arkansas, to wit: the defendant cut his father multiple times on the head and face with a knife.

RON KINCADE
Prosecuting Attorney

WES BRADFORD
Deputy Prosecuting Attorney

Subscribed and sworn to before me this _____ day of _____ 20____.

_____
Circuit Clerk

Admit to bond in the Sum of $75,000.00

_____
Deputy Circuit Clerk

_____
Circuit Court Judge
Signed for Verification
of Probable Cause

BCSO//Baethke
11103511
wb//11-28-11

PAGE 2

## IN THE CIRCUIT COURT OF BOONE COUNTY, ARKANSAS

**STATE OF ARKANSAS**
**COUNTY OF BOONE**

**POTENTIAL DEFENDANT**
**David A Stebbins**
**W/M, DOB 12/29/88**

**OFFENSE (S)**
**Domestic Battery 1ˢᵗ Degree**
**5-26-303**

**B.C.S.O. CASE # 11103511**

Comes now the undersigned and, pursuant to Rule 7.1 of the Arkansas Rules of Criminal Procedure, makes affidavit under OATH to the following facts upon which the affiant reasonably believes that the above listed potential defendant has committed the above listed offense(s) as follows:

On 11/24/11 I, Dep. Baethke, was dispatched to 8527 Hopewell Rd. in reference to a physical altercation.

Upon arrival I met with the complainant, David A. Stebbins. He advised his Father David D. Stebbins hit him in the face and then cut himself with a knife so he would not go to jail. I then spoke with the Father. He advised he turned his Sons internet connection off and they were involved in a verbal argument. His Son then came into his bedroom holding a knife and demanding for him to turn the internet connection back on. The Father said he was not going to turn it back on and asked his Son if he was going to stab him. The Son David A. Stebbins then proceeded to attack his Father with the knife cutting him multiple times on the head and causing his nose to bleed. The Father was able to use a pillow as a barrier and move to a different room in the house and lock himself in. When he was in the second room the Son was trying to get in. The Father then acted like he was calling the police so his Son would leave the area. When his Son left he was able to exit the residence.

I observed multiple lacerations on the Fathers head and face, his eye was red from being hit, and his nose was bleeding. I also found blood on the pillow used for defense, and multiple blood drops in the room next to the door where the Father was keeping his son out. The knife was located in the kitchen and I believed it had been wiped off with a green dish cloth found in the sink.

I the affiant Dep. Jason C. Baethke, believes the defendant David A. Stebbins did commit the offense of Domestic Battery in the First Degree.

I swear or affirm that the obligations herein are true and correct statements of fact to the best of my knowledge and belief.

_Jason C. Baethke_ B15
**Dep. Jason C. Baethke**

_____
**BOONE COUNTY SHERIFF'S DEPARTMENT**

Subscribed and sworn to before me this ____26____ day of ___November___, 2005.

_____          _John Patton_
**SEAL**                              **NOTARY PUBLIC** Judge

I hereby find this sworn affidavit demonstrates reasonable cause for the issuance of an arrest warrant for the above named individual for the above stated offense(s).

_John Patton_
**JUDGE OF CIRCUIT COURT OF BOONE COUNTY**
**Signed for verification of probable cause.**

Bond: $75,000.00

# Boone County Sheriff Department
## Dispatch Call Report

| | | |
|---|---|---|
| **Call #14685** | **Type: 911 DOMESTIC** | **Case #11103511** |
| **Date: 11/24/2011 10:02:57 PM** | | **Arrests:** |
| **Call Taken By: ssears** | | |

### Caller Information

Name: DAVID STEBBINS

DOB: 12/29/1988

Phone: 743-4386

Location: 8527 HOPEWELL RD

Call Detail: CALLER STATED THAT HE WENT IN TO HIS DADS ROOM TO RE CONNECT HIS INTERNET AND HIM AND HIS DAD GOT INTO AN ALTERCATION AND HIS DAD HIT HIM.
DAVID DWAYN STEBBINS IS THE DAD DOB 10-20-1965.

### Incident Detail

Address:    8527 HOPEWELL RD Harrison AR 72601

Disposition: BN 15/ BAETHKE
BN 08/ UPTON

### Radio Logs / Unit Activity for Assigned Units

**Unit #08 Upton - David Upton (Boone County Officer)**

| Activity Date | Activity Type (Code) | Activity Notes | Dispatcher |
|---|---|---|---|
| 11/24/2011 10:04:55 PM | 10-99 Unit Dispatched (Dispatched) | | ssears |
| 11/24/2011 10:05:12 PM | 10-19 Enroute to Call (Enroute) | | ssears |
| 11/24/2011 10:22:10 PM | 10-97 Officer on Scene (Arrived On Scene) | | ssears |
| 11/24/2011 10:57:26 PM | 10-98 Finished with call (Cleared) | | ssears |

**Unit #15 Baethke - Jason Baethke (Boone County Officer)**

| Activity Date | Activity Type (Code) | Activity Notes | Dispatcher |
|---|---|---|---|
| 11/24/2011 10:05:01 PM | 10-99 Unit Dispatched (Dispatched) | | ssears |
| 11/24/2011 10:05:15 PM | 10-19 Enroute to Call (Enroute) | | ssears |
| 11/24/2011 10:16:29 PM | 10-97 Officer on Scene (Arrived On Scene) | | ssears |
| 11/24/2011 10:29:45 PM | 10-06 Busy | 10-15 X 1 DAVID STEBBINS | ssears |
| 11/24/2011 10:57:52 PM | 10-06 Busy | 10-15 X 1 TO SO | ssears |



PAGE 5

# Boone County Sheriff Department Incident Report

## Incident Detail

INCIDENT #: 11103511

Date Reported: 11/24/2011 10:58:00 PM

Occurance Date: 11/24/201110:02

Incident Description: Stebbins Domestic Battery 1st Degree on Hopewell Rd.

Instrument Used for Entry: Not Applicable    Point of Entry: Not Applicable    Point of Exit: Not Applicable

Reporting Officer: Baethke, Jason

Cleared: No    Cleared Date: N/A

Location: 8527 HOPEWELL RD
Harrison, AR 72601

### Other Entities Involved:

### Dispatch Information:

Date of Call: 11/24/2011 10:02:57 PM

Taken By: ssears

Address: 8527 HOPEWELL RD Harrison AR 72601

## Offense(s)

Offense: (13A)  5-26-303 - Domestic Battery 1st degree

Completed: True

Bias Motivation: None (no bias)

Location Type: Residence/Home (includes apartment, condominium, and nursing home)

Suspect of Using: Not Applicable

Criminal Activity: None/Unknown

Weapon Type: Knife/Cutting Instrument (e.g., ax, ice pick, screwdriver, or switchblade)

Premises Entered: 0

Forced Entry: False

## Victim(s)

Victim #1 - STEBBINS, DAVID DWAYNE    Victim Type: Individual    Resident Status: Unknown

Age: 46  (DOB: 10/20/1965)
Sex: Male
Race: White
Ethnicity: Unknown

Address on 11/25/2011 - 8527 Hopewell Rd. Harrison AR 72601    Home: (870)-743-4386    Cell:    Other:

Cause: Argument

Injury Type: Apparent Minor Injury

Additional Cause: Unable to Determine/Not Enough Information

## Offender(s) / Suspects (s)

PAGE 6

Report By:

Approved By: Sgt Richard Pendleton B-5

Incident Report

INCIDENT #: 11103511

☐ Arrested    Offender #: 1    Name: DAVID STEBBINS    Notes:

Age: 22  (DOB: 12/29/1988)
Sex: Male
Race: White

Height: 0in
Weight: 0
SSN:
DL #

Address on 11/25/2011 - 8527 Hopewell Rd. Harrison AR 72601    Home:    Cell:    Other:

**Property**

PAGE 7

Report By:    Approved By: *Sgt Richard Pendleton B5*

## Narrative

Date: 11/24/2011 10:03:00 PM     Name: Sandy Sears

Caller Notes:
CALLER STATED THAT HE WENT IN TO HIS DADS ROOM TO RE CONNECT HIS INTERNET AND HIM AND HIS DAD GOT INTO AN ALTERCATION AND HIS DAD HIT HIM.
DAVID DWAYN STEBBINS IS THE DAD DOB 10-20-1965.

Incident Notes / Disposition:
BN 15/ BAETHKE
BN 08/ UPTON

Report By:

Approved By:

## Narrative

Date: 11/25/2011                    Name: Jason Baethke

On 11/24/11 I, Dep. Baethke, was dispatched to 8527 Hopewell Rd. in reference to Domestic Battery.
Upon arrival I met with the complainant, David A. Stebbins. He advised his Father David D. Stebbins hit him in the face because he would not turn an internet connection back on. He then advised when he called the Sheriffs Department his father cut himself multiple times so he would not be arrested. He was unable to give any details on where his father cut himself at, and what type of knife he used. I observed a small knot above the complainants left eye where he had been hit.
I then spoke with the Father. He advised he turned his Sons internet connection off and they were involved in a verbal argument. His Son then came into his bedroom holding a knife and demanding for him to turn the internet connection back on. The Father said he was not going to turn it back on and asked his Son if he was going to stab him. The Son David A. Stebbins then proceeded to attack his Father with the knife cutting him multiple times on the head and causing his nose to bleed. The Father was able to use a pillow as a barrier and move to a different room in the house and lock himself in. When he was in the second room the Son was trying to get in. The Father attempted to contact 911 but was unable to because of cellular reception in the residence. The Father then acted like he was calling the police so his Son would leave the area. When his Son left he was able to exit the residence.
I observed multiple lacerations on the Fathers head and face, his eye was red from being hit, and his nose was bleeding. I also found blood on the pillow used for defense, and multiple blood drops in the room next to the door where the Father was keeping his son out.
I asked the Father what the knife looked like and he advised he believed it was a kitchen knife with a white handle. I located the knife I believed was used laying on the kitchen counter. I observed a small amount of red substance on the end on the knife which I believed to be blood. The knife was also bent at the handle. I then looked in the kitchen sink and located a green dish rag with a red substance on it which I also believed to be blood. The blood on the rag was marked in a way consistent with wiping it off of a knife.
I spoke with both of the parties involved outside of the residence. I located all of the evidence inside after speaking with both of them. The evidence located inside the residence was consistent with what the father told me. The complainant was unable to provide any details about what happened and his story was very inconsistent.
Eight pictures were taken of the incident including 4 of the Fathers injuries, 2 of the blood found inside the second room, 1 of the blood on the pillow used for self defense, and 1 of the complainants injury over his left eye.
The knife used and the dish rag used were collected, packaged, and placed in the evidence locker at the Boone Co. Sheriffs Office.
I arrested the complainant David A. Stebbins and transported him to the Boone Co. Sheriffs Office. Stebbins was placed on an investigative hold. I issued and explained a no contact order to Stebbins.
On 11/25/11 I, Dep. Baethke filed an affidavit on Stebbins for Domestic Battery 1st Degree.

PAGE 9

Report By:                                        Approved By:



# DANNY HICKMAN
## BOONE COUNTY SHERIFF
Boone County Sheriff's Department
5800 Law Drive    Harrison, Arkansas 72601
870-741-8404
Fax: 870-741-6038

## Statement Form

Date __11-24-11__

Page ____ of ____

Time __10:33__

Name __DAVID STEBBINS__    Age __46__    Date of Birth __10-20-65__

Address __8527 HOPEWELL RD__    Place of Birth __OHMAHA NEB.__

City __HARRISON__    State __AR__    Zip __72601__

Home Phone __743-4386__    Work Phone __743-2200__

Height __5'10"__    Weight __220__    Color of Eyes __BROWN__  Color of Hair __BROWN__

Place of Employment __CLARIDGE PRODUCTS + EQUIPMENT__

Social Security # __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__    Driver's License # _____

I WAS IN MY BEDROOM WHEN DAVID A.
WALKED INTO MY ROOM HOLDING A KNIFE
BEHIND HIS BACK DEMANDING THAT I
PUT MY ROUTER BACK SO HE COULD GET
ONTO THE INTERNET. WHEN I TOLD
HIM NO AND ASKED IF HE INTENDED
TO STAB ME IF I DIDNT, HE PROCCEDED
TO TRY TO STAB ME MULTIBLE TIMES
CUTTING ME ON TOP OF MY HEAD, AND
CAUSING MY NOSE TO BLEED. USING A
BODY PILLOW I WAS FINIALY ABLE TO
GET AROUND HIM + BARRCADE MYSELF
IN MY COMPUTER ROOM. WHERE I TRIED
TO CALL 911 WITH MY CELL BUT GOT NO SIGNAL

PAGE __10__

CITY OF HARRISON
COUNTY OF BOONE
STATE OF ARKANSAS

PLAINTIFF:

VS.

OFFENSE: _Battery_

_David Stebbins_   (12-29-88)

DEFENDANT:

# STANDING NO CONTACT ORDER

THIS ORDER IS ISSUED BY THE DISTRICT COURT OF BOONE COUNTY, ARKANSAS AND IS INTENDED TO APPLY TO ALL CASES IN WHICH A DEFENDANT IS CHARGED WITH THIRD DEGREE BATTERY, ASSAULT, DOMESTIC BATTERY IN THE THIRD DEGREE OR ANY OFFENSES ARISING OUT OF AN ARREST FOR DOMESTIC ABUSE PURSUANT TO ACT 268 OF 1991.

AS A CONDITION OF BOND, THE DEFENDANT IS HEREBY ORDERED TO HAVE **_NO CONTACT_** WITH THE ALLEGED VICTIM, WHOSE NAME IS LISTED BELOW, EITHER IN PERSON, BY TELEPHONE, IN WRITING OR OTHERWISE, EITHER DIRECTLY OR THROUGH SOMEONE ELSE, AND TO STAY AT LEAST 100 YARDS FROM THE ALLEGED VICTIM, ALLEGED VICTIM'S RESIDENCE OR PLACE OF EMPLOYMENT, EVEN IF THE ALLEGED VICTIM ALLOWS OR REQUESTS CONTACT.

THE DEFENDANT MAY REQUEST AN IMMEDIATE HEARING ON THIS NO CONTACT ORDER BY CONTACTING THE DISTRICT COURT OF BONNE COUNTY, 201 N. MAIN STREET, HARRISON, ARKANSAS: PHONE NUMBER (870) 741-2788.

VIOLATION OF THIS NO CONTACT ORDER WILL CONSTITUTE A VIOLATION OF THE CONDITIONS OF RELEASE AND A PROBABLE CAUSE ARREST IS AUTHORIZED AND AN IMMEDIATE WARRANT MAY BE ISSUED FOR THE DEFENDANT'S ARREST.

BY SIGNING BELOW, DEFENDANT ACKNOWLEDGES THE RECEIPT OF A COPY OF THIS NO CONTACT ORDER, AND ACKNOWLEDGES THIS ORDER IS A CONDITION OF BOND.

***THIS NO CONTACT ORDER WILL REMAIN IN EFFECT UNTIL DISSOLVED BY THE COURT.***

DATED THIS _24_ DAY OF _Nov_, 20_11_.

JUDGE FRED KIRKPATRICK

DEFENDANT'S SIGNATURE: _David Stebbins_

ALLEGED VICTIM'S NAME AND
ADDRESS: _David DeWayne Stebbins (10-20-65)_
_8527 Hopewell Rd    Harrison, AR 72601_

DATE SERVED: _11-24-11_          SERVED BY: _____ BLS

PAGE _11_

Case # 1110351I
1/8



2011/11/24 23:26



2011/11/24 23:27

2011/11/24 23:27

PAGE 14

ose # 1110351
3/8

2011/11/24 3:27

PAGE 15

ace # 11103511
4/8



2011/11/24

PAGE *16*



2011/11/24 23:28

Case # 1110 35N
6/8

PAGE 12



2011/11/24 23:29

Case # 1110 3511

7/8

