**IN THE CIRCUIT COURT OF BOONE COUNTY, ARKANSAS**
**CRIMINAL DIVISION**

STATE OF ARKANSAS                              PLAINTIFF

VS.                    No. CR. 2011-324-4

DAVID STEBBINS,                                DEFENDANT

REPORT OF PROCEEDINGS

   BE IT REMEMBERED and CERTIFIED that on to wit: The 24th day of February 2012, 2012, the following Status hearing in the case of State of Arkansas versus David Stebbins, in Harrison, Arkansas, before the Honorable Judge Gordon Webb.

APPEARANCES:

For the Plaintiff:         MR. WES BRADFORD

For the Defendant:         MR. TIM BUNCH

RaLenn McBee, Official Court Reporter
Circuit Judge Gordon Webb
Harrison, Arkansas 72601

```
 1  PROCEEDINGS HELD FEBRUARY 24, 2012
 2           THE COURT:  2011-324, the State of Arkansas
 3       versus David Stebbins.
 4           MR. MARCZUK:  Good morning Judge Webb.
 5           THE COURT:  Good morning Mr. Marczuk.
 6           MR. MARCZUK:  Mr. Stebbins and I have a conflict
 7       at this point.
 8           THE COURT:  Pardon.
 9           MR. MARCZUK:  We have a conflict at this point.
10       I would be asking to be relieved eventually and the
11       case reassigned, this gentleman wishes to have a
12       lawsuit also.
13           THE COURT:  Oh really.
14           MR. BRADFORD:  Yes, your Honor to provide the
15       Court with an update on the forensic process in this
16       case.  Once we did receive a copy of the file marked
17       order, we have mailed a copy of our file to the State
18       hospital per the norm, so now, we are just waiting
19       for the evaluation process to finish running its
20       course.
21           MR. MARCZUK:  I did have paperwork from doctor
22       Christopher Winslow M.D. who is willing to accept
23       Mr. Stebbins as a patient once the intake patient is
24       filled out with the Asperger's Syndrome and the
25       paperwork is filled out and there is proof of any
```

RaLenn McBee, Official Court Reporter
Circuit Judge Gordon Webb
Harrison, Arkansas  72601

```
 1        insurance I still thought I should give that to him
 2        so I did give him a copy.
 3              THE COURT:  Okay.  The Court is unfamiliar with
 4        what you have indicated about the conflict.  I'm not
 5        aware of any.
 6              MR. MARCZUK:  He's filed a lawsuit against me.
 7              THE COURT:  All right.
 8              MR. BRADFORD:  It does not surprise me a whole
 9        lot your Honor, not because Mr. Marczuk has done
10        anything to warrant the lawsuit just because that
11        appears to be a pattern of Mr. Stebbins behavior, he
12        has filed lawsuits against other persons as well as
13        including his parents.  There are several civil
14        lawsuits on the docket pending right now in Boone
15        County in which Mr. Stebbins has filed these actions,
16        so.
17              THE COURT:  All right.
18              MR. BRADFORD:  Just to make the Court aware.
19              THE COURT:  Well, at this point, the Court is
20        going to relieve Mr. Marczuk both because of the
21        pending lawsuit and also because of the fact that Mr.
22        Marczuk is leaving the area.  So I am going to
23        relieve Mr. Marczuk of the responsibility to
24        represent Mr. Stebbins at this point.  I will -- I am
25        going to continue at this time to appoint the public
```

                    RaLenn McBee, Official Court Reporter
                          Circuit Judge Gordon Webb
                          Harrison, Arkansas  72601

```
 1    defender's office to represent him.  And so that will
 2    have to -- Mr. Bunch will have to make a decision
 3    about who from that office is going to carry on the
 4    representation.
 5         MR. MARCZUK:  I did give him a copy of discovery
 6    a few weeks ago and I never wanted reimbursement for
 7    his glasses that I bought him, so that was a moot
 8    point, may stand decide?
 9         THE COURT:  You may stand aside.  All right, the
10    Court is going to set this matter down for um --
11         DEFENDANT:  Your Honor, if you are going to
12    reschedule, before we do that there is -- since I
13    appear to be representing myself at this one
14    appearance, I would like to take this opportunity to
15    hopefully try to correct a few mistakes that
16    Mr. Marczuk has been making in my case.  For
17    starters, I attempted to sue him for legal
18    malpractice because I understand that he has been
19    conspiring with Mr. Bradford in an attempt to get me
20    convicted even though I am innocent.  When I filed
21    this lawsuit I asked my mother to go by the clerk's
22    office to check up on this and she says that the
23    clerk's office told her that they had not received
24    anything even though I should have the jail's mail
25    log proving I sent it.  Now normally you could argue
```

1       that the post office may have failed to send that
2       envelope, however, this is --
3           THE COURT:  What is it you're concerned with?
4           DEFENDANT:  Legal malpractice, I'm trying to
5       talk about the clerk's office, please I am getting to
6       the point.  This is not the first time that the
7       clerk's office has claimed not to have received
8       something from me.  You may recall an unlawful
9       detainer suit that Harp & Associates had filed
10      against me and then they nonsuited that in an attempt
11      to keep the preliminarily writ of possession open
12      indefinitely without due process to me.  I have
13      actually tried to file an abuse of process suit
14      against them and even though I have the fax receipts
15      proving that only that I sent these -- sent various
16      motions in that case but also that they received
17      them.  These motions have not appeared on the docket
18      for whatever reason.  Not only that, but as
19      Mr. Bradford has pointed out to you, I have indeed
20      sued my own parents.  And yet, and yet that case
21      still sits the docket waiting to be -- waiting in
22      action from you.  You're the one who is assigned to
23      preside over the case and I understand you and I know
24      for a fact that you were the one who agreed to sign
25      off on my application for In forma Pauperis.  And yet

                RaLenn McBee, Official Court Reporter
                     Circuit Judge Gordon Webb
                     Harrison, Arkansas  72601

```
 1      despite that and despite the fact that I have filed
 2      not one but two petitions for Writs of Mandamus, in
 3      the State Supreme Court case Numbers 11-962 and
 4      11-963 back-to-back, you have not given any
 5      indication that you have -- that you are any the
 6      wiser about these cases pending.  Despite -- and
 7      normally I would -- when my mother claims that the
 8      clerk's office claims that she has not -- that they
 9      have not received this complaint that I filed against
10      Marczuk for legal malpractice normally I would argue
11      that the post office may have failed to deliver the
12      envelope but under this case because there is a
13      pattern it appears to be happening consistently, I'm
14      beginning to smell a rat.  I am not flatly accusing
15      them of anything yet since I lack any solid proof but
16      I am hoping that you could investigate that for me
17      since I'm currently incapable of investigating that
18      myself.  Do you think that that could in any way be
19      arranged?
20          THE COURT:  Well, I'm having a very difficult
21      time understanding exactly what it is you claim.  You
22      claim to have sent them documentation in regard to
23      this case or in regard to some other case.
24          DEFENDANT:  In regard to various cases, which
25      Mr. Bradford has pointed out that I filed.  I am
```

```
 1          suspicious that they are receiving it but not filing
 2          it and then just claiming that they don't receive it.
 3          I am a little hesitant to flatly accuse them of that
 4          openly, but at this point I don't see how any other
 5          explanation is plausible considering that there's a
 6          pattern of this, it's happening consistently at it
 7          seems to be happening mostly to me.
 8                MR. BUNCH:  Your Honor, may I be heard plesae?
 9                THE COURT:  Yes, you may.
10                MR. BUNCH:  Since the Public defender represents
11          Mr. Stebbins, if I could have a few moments to meet
12          with Mr. Stebbins now so I can ascertan what his
13          complaints are and we will look into the matter and
14          report back to the Court if that -- could we be
15          excused for a few minutes?
16                THE COURT:  That would be satisfactory.  I would
17          appreciate it.  We will come back to Mr. Stebbins
18          later.
19 (THEREUPON, THIS MATTER WAS SET ASIDE TO BE RECALLED AT A LATER
20 TIME.)
21 CONTINUED PROCEEDINGS:
22                MR. BUNCH:  Your Honor, may I approach on one
23          matter please?
24                THE COURT:  Yes.  You may.  Case 11-324, Mr.
25          Stebbins, he's the one that -- the problem child I
```

```
 1    will describe him and leave it at that, I understand
 2    all I'm really concerned is just a return date
 3    following his evaluation.  To avoid a repeat of what
 4    occurred earlier this morning, can we just get a
 5    return and give that to him, rather than him come
 6    back and air again whatever grievances he has?
 7         THE COURT:  I'm well aware of his grievances
 8    because yeah, let's do that.
 9         MR. BUNCH:  Can you give us a return date on
10    that particular case?
11         THE COURT:  On the Stebbins case?
12         MR. BUNCH:  Stebbins, yes Sir.
13         THE COURT:  That's just what I was going for.
14         MR. BUNCH:  Okay.
15         THE COURT:  Oh boy, let's see.
16         MR. BRADFORD:  Your Honor, we may have what we
17    need by your April 20 that based on on the timing of
18    the order being entered.  I say that cautiously
19    because at this point I don't know if an evaluation
20    appointment has been set yet.
21         THE COURT:  I'm going to set this down for
22    reappearance on April 20 to check on the status of
23    this matter.  The status of the evaluation, all
24    right.
25         MR. BUNCH:  Thank you Your Honor, that will be
```

RaLenn McBee, Official Court Reporter
Circuit Judge Gordon Webb
Harrison, Arkansas  72601

```
 1              fine.
 2                   THE COURT:  That's in 2011-324, the State versus
 3              David Stebbins.
 4  (THEREUPON, THIS CASE WAS CONCLUDED AND THE COURT RESUMED
 5  CALLING THE REMAINDER OF THE DOCKET FOR THAT DATE.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                    RaLenn McBee, Official Court Reporter
                         Circuit Judge Gordon Webb
                         Harrison, Arkansas   72601
```

```
 1                CERTIFICATE OF COURT REPORTER
 2            I, RaLenn McBee, Official Court Reporter for the
 3   Circuit Court, Fourteenth Judicial Circuit of Arkansas, certify
 4   that I reported the proceedings by stenomask in the case of
 5   State of Arkansas versus David Stebbins, Boone County Circuit
 6   Court number CR. 2011-324-4, February 24, 2012, before the
 7   Honorable Judge Gordon Webb, at Harrison, Arkansas; that said
 8   recording has been reduced to a transcription by me, and the
 9   foregoing pages numbered 1 through 9 constitute a true and
10   correct transcript of the proceedings held to the best of my
11   ability, along with all items of evidence admitted into
12   evidence.
13            WITNESS MY HAND AND SEAL as such Court Reporter on
14   this April 6, 2014.
15
16
17
18
19                              _____
20                              RaLenn McBee, CCR
21                              Supreme Court Certified Reporter No. 566
22
23
24
25
                    RaLenn McBee, Official Court Reporter
                          Circuit Judge Gordon Webb
                          Harrison, Arkansas  72601
```