```
                IN THE CIRCUIT COURT OF BOONE COUNTY, ARKANSAS
                               CRIMINAL DIVISION

STATE OF ARKANSAS                                              PLAINTIFF

VS.                       No. CR. 2011-324-4

DAVID STEBBINS,                                                DEFENDANT


                            REPORT OF PROCEEDINGS


     BE IT REMEMBERED and CERTIFIED that on to wit:  The 27th
day of July, 2012, the following Status hearing in the case of
State of Arkansas versus David Stebbins, in Harrison, Arkansas,
before the Honorable Judge Gordon Webb.



                           APPEARANCES:

For the Plaintiff:         MR. WES BRADFORD

For the Defendant:         MS. REBEKAH KENNEDY
```

RaLenn McBee, Official Court Reporter
Circuit Judge Gordon Webb
Harrison, Arkansas  72601

```
 1  PROCEEDINGS HELD JULY 27, 2012:
 2              THE COURT:  The Court will call the case
 3  2011-324, the State of Arkansas versus David
 4  Stebbins.
 5              DEFENDANT:  Your Honor, have you received my
 6  motion earlier this month?
 7              THE COURT:  Yes.
 8              DEFENDANT:  Yes, you have, good.
 9              THE COURT:  Okay.  At this time, this matter is
10  coming before the Court, Ms. Kennedy I don't know
11  what experience you have had or what opportunity you
12  have had to review the pending issues in this case.
13              MS. KENNEDY:  I have had the opportunity to go
14  over this with my client.
15              THE COURT:  Very good.
16              MS. KENNEDY:  His -- currently what we are
17  waiting on is the psychological evaluation, which has
18  been rescheduled for July the 31st, 2012?
19              MR. BRADFORD:  Your Honor, this will make now
20  the fourth time this evaluation has had to be
21  rescheduled.  Now one time I will concede was due to
22  a scheduling conflict with the examiner but three
23  have been because the defendant will not keep his
24  appointments.  I believe we are relying on the
25  defendants mother to provide his transportation to
```

RaLenn McBee, Official Court Reporter
Circuit Judge Gordon Webb
Harrison, Arkansas  72601

those appointments.  But quite frankly I feel like with the propensity of this defendant to file lawsuits against anybody that he doesn't like, I think that's factoring into the mothers willingness to provide that transportation.  Quite frankly, at this point, I feel like the only way we are going to get this evaluation done is if the examiner knows where this defendant is, which would be in the Boone County Jail, I don't think we're going to get it done any other way.

DEFENDANT:  That is not true she's not just willing to take me she keeps having car trouble and she has the receipts for the car parts to prove it.  She didn't want to do this.

THE COURT:  Well, mr. Stebbins it is working to your disadvantage to not get this part of the process completed.  The whole process is staying the running of speedy trial in your case, delaying our ability to get this case on the trial docket and moved forward.

DEFENDANT:  I'm doing the best I can Your Honor I really am.

THE COURT:  Well, you know, you need to cooperate with the whole  -- of the process of getting this evaluation made.

DEFENDANT:  I am cooperating, it was beyond her

```
 1   control this time and she has the receipts for the
 2   car parts to prove it.
 3          THE COURT:  If this time falls through, then I
 4   will be forced to order the Sheriff to deliver you to
 5   the evaluation if we have to reschedule it again.
 6          DEFENDANT:  I will be arrested again?
 7          THE COURT:  No, I'm going to place you into
 8   custody of the Sheriff for the purpose of
 9   transporting you to and from the evaluation.  We're
10   going to get it done. All right.
11          DEFENDANT:  Okay, but I can be released onces
12   that is done.
13          THE COURT:  That is correct.
14          DEFENDANT:  Thank you.
15          THE COURT:  Understand, have you got it set up
16   to happen this time?
17          DEFENDANT:  So far.
18          THE COURT:  Has your mother agreed to transport
19   you.
20          DEFENDANT:  She understands she's obligated to
21   do, so.
22          THE COURT:  So she is willing to do it?
23          DEFENDANT:  Yes.
24          THE COURT:  That will be the order of the Court.
25   You may be excused at this time.

           RaLenn McBee, Official Court Reporter
                Circuit Judge Gordon Webb
                Harrison, Arkansas   72601
```

```
 1            MR. BRADFORD:  Your Honor, what was that date
 2       again on the evaluation.
 3            MS. KENNEDY:  July 31.
 4            THE COURT:  Next Tuesday.
 5            MR. BRADFORD:  Does the Court want to set it for
 6       a status check just to make sure it happens as --
 7       this time it happens?
 8            THE COURT:  Uh-hm.
 9  THUS THIS MATTER WAS ENDED AND THE COURT CONTINUED THE CALL OF
10  ITS DOCKET FOR THE DAY.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

                RaLenn McBee, Official Court Reporter
                   Circuit Judge Gordon Webb
                   Harrison, Arkansas  72601

```
 1                CERTIFICATE OF COURT REPORTER
 2        I, RaLenn McBee, Official Court Reporter for the
 3   Circuit Court, Fourteenth Judicial Circuit of Arkansas, certify
 4   that I reported the proceedings by stenomask in the case of
 5   State of Arkansas versus David Stebbins , Boone County Circuit
 6   Court number CR. 2011-324-4, July 27, 2012, before the
 7   Honorable Judge Gordon Webb, at Harrison, Arkansas; that said
 8   recording has been reduced to a transcription by me, and the
 9   foregoing pages numbered 1 through 5 constitute a true and
10   correct transcript of the proceedings held to the best of my
11   ability, along with all items of evidence admitted into
12   evidence.
13        WITNESS MY HAND AND SEAL as such Court Reporter on
14   this April 6, 2014.
15
16
17
18
19   _____
20        RaLenn McBee, CCR
21        Supreme Court Certified Reporter No. 566
22
23
24
25
```

RaLenn McBee, Official Court Reporter
Circuit Judge Gordon Webb
Harrison, Arkansas  72601