IN THE CIRCUIT COURT OF BOONE COUNTY, ARKANSAS
14TH JUDICIAL DISTRICT-CRIMINAL DIVISION

**STATE OF ARKANSAS**                                                    **PLAINTIFF**

**VS.**                        **NO. CR 2011-334-4**

**DAVID ANTHONY STEBBINS**                       **DEFENDANT**

## PLEA STATEMENT

There are presently criminal charges against you in BOONE County Circuit Court. Before you make a plea to the charges against you in front of the judge, you must be sure that you understand your rights, the charges against you and their penalties. The Judge must be sure that you understand the following:

    1.    That you are charged with the following offenses: **DOMESTIC BATTERY IN THE THIRD DEGREE, 5-26-305, CLASS A MISDEMEANOR (AMENDED FROM DOMESTIC BATTERY IN THE SECOND DEGREE, 5-26-304, CLASS C FELONY)** if you are convicted, you may be imprisoned in the Arkansas Department of Corrections or the BOONE County Jail; and,

    2.    That you have the right to plead not guilty, to be tried by a jury, to confront your accusers and to testify or not. If you so plead, the State would have the burden of proving your guilt beyond a reasonable doubt. If you are found guilty by the jury, they will set your sentence and you will have the right to appeal to a higher court.

However, if you are guilty and desire to plead guilty, the Judge, upon accepting your plea of guilty, will decide what your sentence should be. If you decide to plead guilty, the Judge can only accept your plea if you understand and convince him that you understand the following:

    1.    Do you understand that you are charged with the following offenses of: **DOMESTIC BATTERY IN THE THIRD DEGREE, 5-26-305, CLASS A MISDEMEANOR (AMENDED FROM DOMESTIC BATTERY IN THE SECOND DEGREE, 5-26-304, CLASS C FELONY)** ? _____

    2.    Do you understand that the possible penalties provided by law on the charges against you shall be up to forty (40) years or LIFE for a Class Y Felony; not less than six (6) years nor more than thirty (30) years and / or a Fine of $15,000.00 for a Class A Felony; not less than five (5) years nor more than twenty (20) years and / or a Fine of $15,000.00 for a Class B Felony; not less than three (3) years nor more than ten (10) years and / or a fine of $10,000.00, for a Class C Felony; up to six (6) years and / or a Fine of $10,000.00 for a Class D Felony; and up to one (1) year and / or a Fine of $2,500.00 for a Class A Misdemeanor ? _____

    3.    Do you understand that by pleading guilty you give up your right to be tried by a jury and to confront your accusers in court? _____

    4.    Do you understand that by pleading guilty you give up your right to an appeal? _____

5. Are you pleading guilty freely and voluntarily and not because you have been threatened or promised anything in return for the plea? _____

6. Do you understand that the Prosecuting Attorney and your attorney have agreed to recommend a particular sentence if you plead? _____

**The agreement is the defendant shall plead guilty to the amended charge of BATTERY IN THE THIRD DEGREE, CLASS A MISDEMEANOR and receive a sentence of PROBATION PLUS: one year probation with 163 days in the Boone County Jail. The defendant shall receive jail time credit of 163 days. The defendant shall pay court costs of $150.00; a warrant service fee of $50.00; a booking and administration fee of $20.00; a Public Defender Attorney Fee of $100.00; and pay for stay of $5,710.00. As a condition of probation: 1) the defendant agrees to forfeit his interest in any/all items seized by law enforcement; 2) the defendant shall have no further contact with the victim(s) in this case; 3) all monies shall be paid to the Boone County Sheriff's Office at the rate of $100.00 per month beginning within 30 days; 4) the defendant must dismiss any/all pending Pro Se lawsuits; 5) the defendant shall not file any Pro Se lawsuits while on probation; 6) the defendant shall be assessed for mental health treatment and follow all recommendations; 7) the defendant shall complete an anger management course as directed by his probation officer.**

7. Do you accept this agreement? _____

8. Have you discussed your case fully with your attorney and are you satisfied with his services and advise? _____

I have personally read everything on this plea statement including each and every question. I fully understand my rights and I am voluntarily pleading guilty to the charge/s of the charges against me.

_____
DEFENDANT

I have fully gone over the charges, penalties and the plea statement in this particular matter. In my judgment, the defendant understands each and every thing and is freely and voluntarily entering his plea of guilty.

*[Handwritten note:]*
Pretrial Motion
to Dismiss re
Vindictive Intent.
- No on Lawsuits Condition
- No Contest
- Com Serv v. Costs.

_____         _____
DATE                                ATTORNEY FOR THE DEFENDANT

_____
CIRCUIT JUDGE