UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**DAVID A. STEBBINS**                                                    **PLAINTIFF**

VS.                                    **CASE NO. 14-5211**

**HAZEL KEAHEA**                                                    **DEFENDANT**

## SUPPLEMENT TO PETITION FOR REHEARING

Comes now, *pro se* Appellant David Stebbins, who hereby submits the following supplement to his Petition for Rehearing.

1. I was told, over email, by John J. Accursio, that I needed to attach a copy of the order I seek a hearing on.

2. For the record, the Judgment I seek rehearing on is the March 9, 2015 judgment in this case. It is hereby attached for your convenience.

So notified on this, the 20th day of March, 2015.

/s/ David Stebbins
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com