

Print - Close Window

| Subject: | Re: David Stebbins v. Hazel Keahea (14-5211) |
| --- | --- |
| From: | John_Accursio@cadc.uscourts.gov (John_Accursio@cadc.uscourts.gov) |
| To: | stebbinsd@yahoo.com; |
| Date: | Friday, March 20, 2015 1:40 PM |

No.

**John J. Accursio**
Generalist Clerk
United States Court of Appeals
  for the District of Columbia Circuit
333 Constitution Avenue, N.W.
Washington, D.C. 20001-7288
Telephone:  (202) 216-7291
Email:       john_accursio@cadc.uscourts.gov

---

From:    David Stebbins <stebbinsd@yahoo.com>
To:      "John_Accursio@cadc.uscourts.gov" <John_Accursio@cadc.uscourts.gov>
Date:    03/20/2015 02:38 PM
Subject: Re: David Stebbins v. Hazel Keahea (14-5211)

---

What about the paper copies? Do I still need them?

---

From: "John_Accursio@cadc.uscourts.gov" <John_Accursio@cadc.uscourts.gov>
To: David Stebbins <stebbinsd@yahoo.com>
Sent: Friday, March 20, 2015 1:16 PM
Subject: Re: David Stebbins v. Hazel Keahea (14-5211)

Yes, the decision should be uploaded with the petition. You can file it as a supplement to the petition.

**John J. Accursio**
Generalist Clerk
United States Court of Appeals
  for the District of Columbia Circuit
333 Constitution Avenue, N.W.
Washington, D.C. 20001-7288
Telephone:  (202) 216-7291



Email: john_accursio@cadc.uscourts.gov

From: David Stebbins <stebbinsd@yahoo.com>
To: "john_accursio@cadc.uscourts.gov" <john_accursio@cadc.uscourts.gov>
Date: 03/20/2015 01:41 PM
Subject: Re: David Stebbins v. Hazel Keahea (14-5211)

The decision I seek rehearing on is the judgment entered about two weeks ago, in this case.

Do I need to upload an entirely new ECF filing?

From: "john_accursio@cadc.uscourts.gov" <john_accursio@cadc.uscourts.gov>
To: stebbinsd@yahoo.com
Sent: Friday, March 20, 2015 9:02 AM
Subject: Re: David Stebbins v. Hazel Keahea (14-5211)

The following message is in regard to your recent filing:

Event:   Petition Filed
Docketed: 3/19/2015 5:18:29 PM by Stebbins, David
Dkt_Id#:   1543349

Please file the decision of which you are petitioning for rehearing.

Thank you,

John Accursio
Deputy Clerk
U.S. Court of Appeals for D.C. Circuit
333 Constitution Avenue, N.W.
Washington, DC 20001-2866
Phone:  202-216-7259