# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-5211**                                    **September Term, 2014**

**1:14-cv-00900-UNA**

**Filed On:** April 29, 2015

David Stebbins,

    Appellant

  v.

Hazel Keahea,

    Appellee


**BEFORE:**   Tatel and Brown, Circuit Judges; Ginsburg, Senior Circuit Judge

## O R D E R

Upon consideration of the petition for rehearing and the supplement thereto, it is

**ORDERED** that the petition be denied.

### Per Curiam

          **FOR THE COURT:**
          Mark J. Langer, Clerk

      BY:   /s/
            Ken Meadows
            Deputy Clerk