# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 14-5211                              September Term, 2014

1:14-cv-00900-UNA

**Filed On:** April 29, 2015

David Stebbins,

      Appellant

   v.

Hazel Keahea,

      Appellee

**BEFORE:**   Garland, Chief Judge, and Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, Srinivasan, Millett, Pillard, and Wilkins, Circuit Judges, and Ginsburg, Senior Circuit Judge

## O R D E R

Upon consideration of the petition for rehearing en banc and the supplement thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

               BY:    /s/
                       Ken Meadows
                       Deputy Clerk